**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-02919-REB-MJW

DALE YOUNG,

    Plaintiff,

v.

THE TRAVELERS HOME AND MARINE INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation for Dismissal With Prejudice** [#18],[1] filed January 23, 2015. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice with the parties to pay their own attorney fees and costs.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation for Dismissal With Prejudice** [#18], filed January 23, 2015, is **APPROVED**;

    2. That all extant pretrial deadlines are **VACATED**;

    3. That all pending motions are **DENIED AS MOOT**; and

---

[1] "[#18]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

      4. That this action is **DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney fees and costs.

      Dated January 26, 2015, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge